THE PEOPLE OF THE STATE OF NEW YORK ex rel. MARGARET MURPHY, Appellant, *v.* THE BOARD OF EDUCATION OF THE CITY OF NEW YORK et al., Respondents.

*People ex rel. Murphy* v. *Bd. Education*, 76 App. Div. 620, affirmed.
(Submitted January 6, 1903; decided January 20, 1903.)

APPEAL from an order of the Appellate Division of the Supreme Court in the first judicial department, entered November 12, 1902, which affirmed an order of Special Term denying a motion for a peremptory writ of mandamus to compel the defendants to increase the salary of the relator as a teacher in the public schools of the city of New York.

*Frank M. Hardenbrook* for appellant.

*George L. Rives, Corporation Counsel (Theodore Connoly* and *William B. Crowell* of counsel), for respondents.

Order affirmed, with costs; no opinion.

Concur: PARKER, Ch. J., GRAY, O'BRIEN, HAIGHT, MARTIN, VANN and CULLEN, JJ.

---

HORACE T. ROWLEY, Respondent, *v.* RACHEL FELDMAN et al., Defendants.

THOMAS F. BALDWIN, Appellant.

*Rowley* v. *Feldman*, 74 App. Div. 492, affirmed.
(Argued January 6, 1903; decided January 20, 1903.)

APPEAL from an order of the Appellate Division of the Supreme Court in the first judicial department, entered August 4, 1902, which modified and affirmed as modified an order of Special Term fixing the amount to be paid by appellant herein as a defaulting purchaser at a foreclosure sale.

*Charles C. Sanders* and *John Vincent* for appellant.

*John Ewen* for respondent.

Order affirmed, with costs, on opinion below.

Concur: PARKER, Ch. J., GRAY, O'BRIEN, HAIGHT, MARTIN, VANN and CULLEN, JJ.